IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLY HELSEL, individually and on behalf of all others similarly situated | : : : |
| Plaintiff, | : : : CASE NO. |
| v. | : : |
| MIDLAND CREDIT MANAGEMENT, INC., | : : : : |
| Defendant. | : |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Midland Credit Management, Inc. hereby removes the above-captioned matter to this Court from the Court of Common Pleas of Bedford County and in support thereof aver as follows:

1. Defendant Midland Credit Management, Inc. is a Defendant in a civil action originally filed on October 21, 2019, in the Court of Common Pleas of Bedford County, Pennsylvania titled *Kimberly Helsel, individually and on behalf of all others similarly situated, v. Midland Credit Management, Inc.,* and docketed to Case No. 2019-1246.

2. This removal is timely under 28 U.S.C. § 1446(b). MCM received service of process on January 17, 2020.

3. Pursuant to 28 U.S.C. § 1446(b), attached hereto as Exhibit A are copies of all process, pleadings and orders MCM received in the state court action.

4. The United States District Court for the Western District of Pennsylvania has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff filed claims against the defendants alleging violations of the Fair Debt Collection Practices Act, 28 U.S.C. § 1692, *et seq.*

5. On this date, MCM has provided notice of this Removal to all counsel and unrepresented parties, and to the Court of Common Pleas of Bedford County, Pennsylvania.

WHEREFORE, Defendant Midland Credit Management, Inc. respectfully removes this case to the United States District Court for the Western District of Pennsylvania.

    Respectfully submitted,

    **MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
      LAUREN M. BURNETTE, ESQUIRE
      PA Bar No. 92412
      12276 San Jose Blvd.
      Suite 718
      Jacksonville, FL 32223
      (904) 527-1172
      (904) 683-7353 (fax)
      lburnette@messerstrickler.com
      *Counsel for Defendant*

Dated: February 17, 2020

## CERTIFICATE OF SERVICE

I certify that on February 17, 2020, a true copy of the foregoing document was served as follows:

*Via Email and U.S. Mail, Postage Prepaid*
Ari Marcus, Esq.
MARCUS ZELMAN, LLC
701 Cookman Avenue
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
*Counsel for Plaintiff*

*Via U.S. Mail, Postage Prepaid*
Office of the Prothonotary
Bedford County Courthouse
200 South Juliana Street
Bedford, PA 15522

**MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
PA Bar No. 92412
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
*Counsel for Defendant*

Dated: February 17, 2020