IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KIMBERLY HELSEL, individually, and on behalf of all other similarly situated consumers,

Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC.

Defendant.

CASE NO: 3:20-cv-00026-SLH

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of her claims against Defendant, with prejudice and without costs or attorneys' fees to either party.

Respectfully submitted,

s/ Ari H. Marcus
ARI H. MARCUS
**MARCUS & ZELMAN, LLC**
701 Cookman Ave., Suite 300
Asbury Park, NJ 07712
*Counsel for Plaintiff*

s/ Lauren M. Burnette
LAUREN M. BURNETTE
**MESSER STRICKLER, LTD.**
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
*Counsel for Defendant*

Dated: August 10, 2020

AND NOW, this 10th, day of August, 2020, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE